6951.   WALTON *v.* THE STATE.

BROYLES, J.   1.   The certificate of the trial judge shows that he gave no
   instructions to the jury outside of his written charge, except to read
   sections 1052, 1053, and 1054 of the Penal Code of 1910.   It is no
   failure to comply with a request to charge the jury in writing for the
   judge, instead of copying into his charge the sections of the code which
   he submits to the jury, to read these sections verbatim from the code
   itself.   *Burns* v. *State,* 89 *Ga.* 527 (15 S. E. 748) ; *Walker* v. *State,* 8
   *Ga. App.* 214 (2), 216 (68 S. E. 873).
2.  The evidence authorized the verdict, and there was no error in refusing
   a new trial.                                           *Judgment affirmed.*
                 DECIDED NOVEMBER 19, 1915.

   Accusation of sale of liquor; from city court of Floyd county—
Judge Reece.   September 23, 1915.

   *W. C. Henson,* for plaintiff in error.

   *C. H. Porter, solicitor,* contra.

---

6955.   ROBINSON *v.* THE STATE.

BROYLES, J.   The motion for a new trial being based wholly on the gen-
   eral grounds as to the sufficiency of the evidence to support the verdict,
   and there being apparently no effort to brief the evidence in accordance
   with the requirements of the Civil Code, § 6093 (the paper filed as a
   brief of the evidence being apparently a full transcript of a stenographic
   report of the questions put to the witnesses and their answers), the
   judgment overruling the motion for a new trial must be affirmed, under
   repeated rulings of the Supreme Court and of this court.   *Whitaker* v.
   *State,* 138 *Ga.* 139 (4*a*) (75 S. E. 254) ; s. c. 11 *Ga. App.* 208, (7), 213
   (75 S. E. 258) ; *Trueheart* v. *State,* 13 *Ga. App.* 661 (2, 3) (79 S. E.
   755) ; *Crumpton* v. *State,* 7 *Ga. App.* 841 (68 S. E. 334).
                                                          *Judgment affirmed.*
                 DECIDED NOVEMBER 19, 1915.

   Indictment for sale of liquor; from Emanuel superior court—
Judge Walker presiding.   June 30, 1915.

   *Kirkland & Kirkland, Walter F. Grey,* for plaintiff in error.

   *R. Lee Moore, solicitor,* contra.